B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   I.T.M. Garden Inc.
                              Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CC Prductions Inc.<br>300 Observer Hwy #6<br>Hoboken, NJ 07030 | CC Prductions Inc.<br>300 Observer Hwy #6<br>Hoboken, NJ 07030 | | | 1,124.89 |
| ChefMod, LLC<br>85 5th Avenue<br>New York, NY 10003 | ChefMod, LLC<br>85 5th Avenue<br>New York, NY 10003 | | | 2,923.25 |
| Cylance, Inc.<br>46 Discovery #200<br>Irvine, CA 92618 | Cylance, Inc.<br>46 Discovery #200<br>Irvine, CA 92618 | | | 800.00 |
| Internal Revenue Service<br>550 Main Street, Suite 1000<br>Cincinnati, OH 45202 | Internal Revenue Service<br>550 Main Street, Suite 1000<br>Cincinnati, OH 45202 | | | 278,893.45 |
| NYC Dept. of Buildings<br>280 Broadway, 7th Floor<br>New York, NY 10007 | NYC Dept. of Buildings<br>280 Broadway, 7th Floor<br>New York, NY 10007 | | | 1,000.00 |
| NYC Dept. of Finance<br>66 John Street, Room 104<br>New York, NY 10038 | NYC Dept. of Finance<br>66 John Street, Room 104<br>New York, NY 10038 | | | 1,745.70 |
| NYC Health Department<br>125 Worth Street<br>New York, NY 10013 | NYC Health Department<br>125 Worth Street<br>New York, NY 10013 | | | 2,100.00 |
| NYS Dept of Labor<br>Unemployment Insurance Unit<br>75 Varick Street<br>New York, NY 10013 | NYS Dept of Labor<br>Unemployment Insurance Unit<br>75 Varick Street<br>New York, NY 10013 | | | 76,901.80 |
| NYS Dept of Labor<br>75 Varick Street<br>New York, NY 10013 | NYS Dept of Labor<br>75 Varick Street<br>New York, NY 10013 | | | 23,775.86 |
| NYS Dept of Labor<br>Worker's Compensation Board<br>75 Varick Street<br>New York, NY 10013 | NYS Dept of Labor<br>Worker's Compensation Board<br>75 Varick Street<br>New York, NY 10013 | | | 8,250.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  I.T.M. Garden Inc.

Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NYS Dept. of Taxation Collections Division PO Box 5700 Albany, NY 12205 | NYS Dept. of Taxation Collections Division PO Box 5700 Albany, NY 12205 | | | 341,341.55 |
| PLS Financial Services, Inc. 84 Flatbush Ave Brooklyn, NY 11217 | PLS Financial Services, Inc. 84 Flatbush Ave Brooklyn, NY 11217 | | | 713.86 |
| The Pay-O-Matic Corp. Executive & Administrative HQ 160 Oak Drive Syosset, NY 11791 | The Pay-O-Matic Corp. Executive & Administrative HQ 160 Oak Drive Syosset, NY 11791 | | | 630.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 7, 2015              Signature  _[signature]_
                                           Paolo Secondo

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.